FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RILEY and REBECCA ROSS, individually and as marital community thereof,

               Plaintiffs,

      v.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, and Illinois Corporation, doing business in the State of Washington,

               Defendant.

No. 2:25-cv-00006-JAG

**ORDER STRIKING MOTION**

Pursuant to the Defendant's Notice Striking Defendant's Motion for Partial Summary Judgment, ECF No. 24, Defendant's Motion for Partial Summary Judgment, **ECF No 19,** is **STRICKEN**.

**IT IS SO ORDERED.**

DATED April 6, 2026.

_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER STRIKING MOTION- 1